# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| KELLY BRENTON FARLEY, Movant, | : | CRIMINAL NO. 1:07-CR-0196-WBH |
| v. | : | CIVIL ACTION NO. 1:11-CV-3560-WBH |
| UNITED STATES OF AMERICA, Respondent. | : | MOTION TO VACATE 28 U.S.C. § 2255 |

## ORDER

On August 6, 2012, the Magistrate Judge issued a Report and Recommendation (R&R), [Doc. 161], in which he recommends that the instant motion to vacate brought pursuant to 28 U.S.C. § 2255, [Doc. 148], be denied and that this Court decline to issue a certificate of appealability. Movant has submitted objections, [Doc. 163], which are not particularly clear. Mostly, his objections relate to his dissatisfaction with the law under which he was convicted as well as the law relating to the analysis of his grounds for relief. In either event, Movant's objections generally are not relevant to whether he is entitled to the relief he seeks in his § 2255 motion.

To the degree applicable, this Court has identified those portions of the R&R to which Movant has objected. After a *de novo* review of the record of this case and the R&R in light of the objections, this Court finds that the R&R is correct as to law and fact.

Accordingly,

**IT IS HEREBY ORDERED** that the R&R is **ADOPTED** as the Order of this Court. As such, the motion to vacate, [Doc. 148], is **DENIED**. This Court declines to issue a certificate of appealability.

**IT IS SO ORDERED,** this 14 day of December, 2012.

_____
WILLIS B. HUNT, JR.
UNITED STATES DISTRICT JUDGE

2

AO 72A
(Rev.8/82)